IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LOVELL JAVHON JONES,

   Plaintiff,

    v.

MAGNOLIA HOTEL, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-1639-TWT

**ORDER**

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the action be dismissed for lack of subject matter jurisdiction. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 19 day of June, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge